# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2019

## NO. 03-17-00558-CR

**Dwaine Colbert, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments requiring reversal. However, there was error in the judgments that require correction. Therefore, the Court modifies the trial court's judgments of conviction to reflect that appellant's plea to the "1st Enhancement Paragraph" was "TRUE" and to reflect that the finding on the "1st Enhancement Paragraph" was "TRUE.". The judgments of conviction, as modified, are affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.